1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   HOWARD CRUMMIE,

11          Plaintiff,                    No. CIV S 01-1557 LKK GGH P

12      vs.

13   DR. RANGANATH, et al.,

14          Defendants.              <u>ORDER</u>

15   _____/

16          On June 17, 2005, plaintiff filed a notice of change of address and a request for

17   status and an extension of time.  This civil rights action was closed on October 26, 2004.

18   Plaintiff's filings do not appear to be ones contemplated by the Federal Rules of Civil or

19   Appellate Procedure.  Therefore, these documents will be placed in the file and disregarded.

20          IT IS SO ORDERED.

21   DATED:   7/13/05

22

23                                   /s/ Gregory G. Hollows
                                     _____
24                                   GREGORY G. HOLLOWS
                                     UNITED STATES MAGISTRATE JUDGE
25   GGH:bb
     crum1557.58ggh
26